CHANDLER & ASSOCIATES, INC. ET AL., APPELLANTS, *v.* AMERICA'S HEALTHCARE ALLIANCE, INC. ET AL., APPELLEES.

[Cite as *Chandler & Assoc., Inc. v. America's Healthcare Alliance, Inc.* (1999), 84 Ohio St.3d 1254.]

(No. 98–171—Submitted January 26, 1999—Decided March 3, 1999.)

---

*Climaco, Climaco, Lefkowitz & Garofoli Co., L.P.A., John R. Climaco, Jack D. Maistros, David M. Cuppage* and *Shannon P. Haggerty; Chester, Willcox & Saxbe* and *J. Craig Wright; Arter & Hadden* and *Irene C. Keyse–Walker,* for appellants.

*Robert P. DeMarco & Associates* and *Robert P. DeMarco; Porter, Wright, Morris & Arthur, Samuel H. Porter, Daniel W. Costello* and *Jennifer T. Mills,* for appellees.

*Oldham & Dowling* and *Martin R. Hulthen,* urging reversal for *amicus curiae,* Builders & Contractors Employee Benefit Association.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents.

PFEIFER, J., dissents and would affirm the judgment on the contract claim and reverse the judgment on the tort claim.

COOK, J., dissents.

---

COOK, J., **dissenting.** I would reverse the judgment of the court of appeals.